UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHARMEL C. ALLEN,

                Plaintiff,

v.                                              Case Number 11-CV-10942
                                              Honorable Thomas L. Ludington

DR. SHAWNEY et al.,

                Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

This matter is before the Court on the report and recommendation (ECF No. 143) issued by Magistrate Judge Michael J. Hluchaniuk on June 26, 2012, on the Plaintiff's emergency motion for a preliminary injunction (ECF No. 134). Judge Hluchaniuk reports that Plaintiff seeks injunctive relief regarding Defendants' treatment of Plaintiff's pain related (apparently) to her Hepatitis C. Plaintiff has not offered evidence regarding what treatment she should be given, Judge Hluchaniuk further reports, rather Plaintiff simply contends that Defendants are not doing enough to address her problems. Judge Hluchaniuk recommends that the Court deny Plaintiff's motion, explaining: "It is clear from the pleadings that defendant is attempting to address plaintiff's problems in a professional manner even if that treatment does not afford plaintiff all the relief she hopes for."

Any party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id.* The Court is not obligated to review the portions of the report to which no objection

was made.  *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985).  As of today's date, no party has filed any objections to Judge Grand's report and recommendation.

Accordingly, it is **ORDERED** that Judge Hluchaniuk's report and recommendation (ECF No. 143) is **ADOPTED**.

It is further **ORDERED** that Plaintiff's emergency motion for a preliminary injunction (ECF No. 134) is **DENIED**.

Dated: July 11, 2012

                                               s/Thomas L. Ludington
                                               THOMAS L. LUDINGTON
                                               United States District Judge

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 11, 2012.

                               s/Tracy A. Jacobs
                               TRACY A. JACOBS